## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

v.

**James Ross PRITCHARD, Jr.**

**2130989.**

Court of Civil Appeals of Alabama.

April 22, 2016.

William W. Watts III of Pipes, Hudson & Watts, LLP, Mobile; and Mark R. Ulmer of Ulmer, Hillman & Ballard, PC, Mobile, for appellant.

Edward P. Rowan and Mallory J. Mangold of Taylor Martino, P.C., Mobile, for appellee.

*On Remand from the Alabama Supreme Court*

PER CURIAM.

This court's prior judgment has been reversed and the cause remanded by the Alabama Supreme Court. *Ex parte State Farm Mut. Auto. Ins. Co.*, 207 So.3d 734,

739 (Ala.2016). In compliance with the supreme court's opinion, we reverse the judgment of the trial court and remand the cause with instructions to the trial court to enter a judgment denying the request of James Ross Pritchard, Jr., that State Farm Mutual Automobile Insurance Company pay a pro rata share of the attorney fees incurred by Pritchard "for the recovery of moneys advanced by State Farm ... pursuant to *Lambert v. State Farm Mutual Automobile Insurance Co.,* 576 So.2d 160 (Ala.1991)." *Ex parte State Farm,* 207 So.3d at 735.

REVERSED AND REMANDED WITH INSTRUCTIONS.

THOMPSON, P.J., and PITTMAN, THOMAS, MOORE, and DONALDSON, JJ., concur.